IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYNN FRANK DRAGOMAN, JR.,

    Plaintiff,

  v.

KERRY LEE ADAMS,

    Defendant.

No. C 18-00845 WHA

**ORDER TO SHOW CAUSE**

*Pro se* plaintiff Lynn Frank Dragoman, Jr., filed a Request for Civil Harassment Restraining Order under Sections 527.6 and 527.9 of the California Code Civil Procedure in Sonoma County Superior Court on January 23, 2018. On February 8, defendant Kerry Lee Adams removed the action. On February 15, defendant moved to dismiss the complaint in its entirety. The notice of removal and motion to dismiss were served on plaintiff, and plaintiff was given until March 1 to file a response. To date, plaintiff has not filed a response to defendant's motion to dismiss.

Plaintiff **SHALL FILE A RESPONSE** to the motion to dismiss by **MARCH 15, 2018**. If he fails to do so, the complaint may be dismissed. Plaintiff shall appear in courtroom 12 on the 19th floor of 450 Golden Gate Ave., San Francisco on **APRIL 5 AT 8:00 A.M.** and **SHOW CAUSE**

why his complaint should not be dismissed. Defendant's reply to plaintiff's response, if any, is due by **MARCH 22**.

**IT IS SO ORDERED.**

Dated: March 8, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE